B9A **(Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **10−32550**
Judge **Thomas H. Fulton**

| UNITED STATES BANKRUPTCY COURT Western District of Kentucky |
|---|

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/12/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert W. Bern
aka Robbie W. Bern
2247 Payne St.
Louisville, KY 40206

| Case Number:<br>10−32550 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other Nos.:<br>xxx−xx−0777 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Julie Ann O'Bryan<br>Suite 17<br>1717 Alliant Ave.<br>Louisville, KY 40299<br>Telephone number: 339−0222 | Bankruptcy Trustee (name and address):<br>William W. Lawrence<br>300 Republic Plaza<br>200 S. Seventh Street<br>Louisville, KY 40202<br>Telephone number: 583−4484 |

### Meeting of Creditors
Date: **June 18, 2010**         Time: **09:30 AM**
Location: **Rm. 509 (Use 6th Street Elevators), 601 West Broadway, Louisville, KY 40202**
**This case may be dismissed without further notice for failure to attend this meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/17/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202<br>Telephone number: 502−627−5700 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Diane S. Robl |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: 5/13/10 |

| **EXPLANATIONS** | B9A (Official Form 9A) (12/07) |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

<u>Refer to Other Side for Important Deadlines and Notices</u>

1. This case may be dismissed without further notice if the schedules are not filed within 14 days from the date the petition was filed.
2. All property of the estate will be deemed abandoned upon the filing of the report of No Distribution (normally at 341 meetings.) The last day for filing an objection to abandonment of property will be 30 days from the 341 meeting date. No property will be deemed abandoned if an objection is filed or notice of assets is given by the Clerk. A motion shall be filed pursuant to local Rule 6007−1(b) should assets exist in the case.

All persons entering the courthouse will be required to present photo ID.

# CERTIFICATE OF NOTICE

```
District/off: 0644-3           User: mprivett              Page 1 of 1             Date Rcvd: May 13, 2010
Case: 10-32550                 Form ID: 205                Total Noticed: 15

The following entities were noticed by first class mail on May 15, 2010.
db           +Robert W. Bern,   2247 Payne St.,   Louisville, KY 40206-2870
aty          +Julie Ann O'Bryan,   Suite 17,   1717 Alliant Ave.,   Louisville, KY 40299-6302
tr           +William W. Lawrence,   300 Republic Plaza,   200 S. Seventh Street,   Louisville, KY 40202-2751
smg           Division of Unemployment Insurance,   CHR Building, Second Floor East,   Frankfort, Ky  40601
ust          +Joseph J. Golden,   Office of the U.S. Trustee,   601 W. Broadway #512,
               Louisville, Ky 40202-2229
4313791      +American Express,   Acct No 0777,   c/o Asset Acceptance,   P.O. Box 2036,   Warren MI 48090-2036
4313795      +DH Capital Management,   Acct No 0777,   c/o Mapother & Mapother,
               815 W. Market Street, Ste. 500,   Louisville KY 40202-2687
4313796      +Equifax,   P.O. Box 740241,   Atlanta GA 30374-0241
4313797      +Experian,   955 American Lane,   Schaumburg IL 60173-4998
4313798      +The Zoppoth Law Firm,   Acct No 0777,   1600 Kentucky Home Life Building,
               239 South Fifth Street,   Louisville KY 40202-3213
4313799      +Trans Union,   2 Baldwin Place,   P.O. Box 1000,   Crum Lynne PA 19022-1370

The following entities were noticed by electronic transmission on May 13, 2010.
smg          +E-mail/PDF: akellow@jeffersoncountyclerk.org May 13 2010 19:34:21
               Jefferson County Attorney Office,   Fiscal Court Bldg.,   531 Court Place, Ste. 1001,
               Louisville, Ky 40202-3316
4313793       EDI: HNDA.COM May 13 2010 15:43:00      American Honda Finance,   Acct No 0777,
               2170 Point Blvd Ste 100,   Elgin IL 60123
4313792      +EDI: AMEREXPR.COM May 13 2010 15:38:00      American Express,   Acct No 3499914012802843,
               P.O. Box 981537,   El Paso TX 79998-1537
4313794       EDI: CHASE.COM May 13 2010 15:38:00      Chase,   Acct No 0777,   P.O. Box 15153,
               Wilmington DE 19886-5153
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2010**              Signature:   *Joseph Speetjens*