B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Western District of Kentucky
Case No. **10–32550**
Chapter 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert W. Bern
   aka Robbie W. Bern
   2247 Payne St.
   Louisville, KY 40206

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0777

Employer Tax ID / Other No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                          BY THE COURT

Dated: 8/18/10                                            Thomas H. Fulton
                                                          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0644-3          User: admin              Page 1 of 1             Date Rcvd: Aug 18, 2010
Case: 10-32550                Form ID: 213             Total Noticed: 13

The following entities were noticed by first class mail on Aug 20, 2010.
db           +Robert W. Bern,    2247 Payne St.,    Louisville, KY 40206-2870
smg           Division of Unemployment Insurance,    CHR Building, Second Floor East,    Frankfort, Ky  40601
4313791      +American Express,    Acct No 0777,    c/o Asset Acceptance,    P.O. Box 2036,    Warren MI 48090-2036
4313795      +DH Capital Management,    Acct No 0777,    c/o Mapother & Mapother,
               815 W. Market Street, Ste. 500,    Louisville KY 40202-2687
4313796      +Equifax,    P.O. Box 740241,    Atlanta GA 30374-0241
4313797      +Experian,    955 American Lane,    Schaumburg IL 60173-4998
4313798      +The Zoppoth Law Firm,    Acct No 0777,    1600 Kentucky Home Life Building,
               239 South Fifth Street,    Louisville KY 40202-3213
4313799      +Trans Union,    2 Baldwin Place,    P.O. Box 1000,    Crum Lynne PA 19022-1370

The following entities were noticed by electronic transmission on Aug 18, 2010.
smg          +E-mail/PDF: akellow@jeffersoncountyclerk.org Aug 18 2010 20:20:46
               Jefferson County Attorney Office,    Fiscal Court Bldg.,    531 Court Place, Ste. 1001,
               Louisville, Ky 40202-3316
cr            EDI: HNDA.COM Aug 18 2010 15:43:00      American Honda Finance Corporation,    P.O. Box 168088,
               Irving, TX  75016-8088
4313793       EDI: HNDA.COM Aug 18 2010 15:43:00      American Honda Finance,    Acct No 0777,
               2170 Point Blvd Ste 100,    Elgin IL 60123
4313792      +EDI: AMEREXPR.COM Aug 18 2010 15:43:00      American Express,    Acct No 3499914012802843,
               P.O. Box 981537,    El Paso TX 79998-1537
4313794       EDI: CHASE.COM Aug 18 2010 15:43:00      Chase,    Acct No 0777,    P.O. Box 15153,
               Wilmington DE 19886-5153
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2010                    Signature:    _Joseph Speetjens_